## J. I. CASE THRESHING MACH. CO. v. DITTO *et al.*

No. 1288.   Opinion Filed January 9, 1912.

(120 Pac. 636.)

**APPEAL AND ERROR—Failure to File Briefs—Dismissed.**  A cause having been duly assigned for hearing, and being reached on the calendar in due course, no briefs having been filed as required by rule 7 (20 Okla viii, 95 Pac. vi), the same will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Kiowa County;*
*James R. Tolbert, Judge.*

Action between the J. I. Case Threshing Machine Company and E. G. Ditto and others.   From the judgment, the J. I. Case Company brings error.   Dismissed.

*Nester Rummons,* for plaintiff in error.

WILLIAMS, J.   The petition in error, with case-made attached, was filed in this court on November 9, 1910.  The cause was duly assigned for hearing at the November, 1911, term, and, being reached in due course on the calendar, it appears that no briefs have been filed as required by rule 7 of this court.   (20 Okla. viii, 95 Pac. vi.)

It follows that the appeal is dismissed for want of prosecution.

All the Justices concur.